```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10  SELVIN LEONEL HERRERA-MEJIA,  )    NO. CV 08-6441-PSG(CT)
                                  )
11            Petitioner,         )
                                  )    JUDGMENT
12            v.                  )
                                  )
13  S. A. HOLENCIK, Warden,       )
                                  )
14            Respondent.         )
                                  )
15  _____)
16
17       IT IS HEREBY ADJUDGED that the petition is dismissed without
18  prejudice to petitioner filing a civil rights complaint.
19
20  DATED: 10/08/08_____
21
                                      ____PHILIP S. GUTIERREZ_____
22                                         PHILIP S. GUTIERREZ
                                        UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
```